331

BEFORE THE SECOND DIVISION, FEBRUARY 5, 1962

No. 66436.—Wear Right Gloves, Inc. v. United States, protests 305205–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the items marked "A" were held dutiable at 30 percent under paragraph 1208, as modified, *supra*, as knit nylon gloves similar in use to silk gloves, and the items marked "B" at 30 percent under paragraph 915, as modified, *supra*, as knit nylon gloves similar in use to cotton gloves.

No. 66437.—Aris Gloves, Inc. v. United States, protest 59/33780 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise, marked "A" on entry 985072, consists of nylon gloves similar in use to silk gloves, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, FEBRUARY 5, 1962

No. 66438.—The Sharpe & Hart Associates, Inc. v. United States, protests 61/4794, etc. (San Francisco).

Opinion by RICHARDSON, J. The protests were dismissed.

BEFORE THE SECOND DIVISION, FEBRUARY 7, 1962

No. 66439.—Andrew Fisher Cycle Co., Inc. v. United States, protest 305922–KS/8739 (Chicago).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 66440.—D. P. Harris Hdw. & Mfg. Co., Inc., et al. *v.* United States, protests 61/1163, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152), C.A.D. 750), the claim of the plaintiffs was sustained.

No. 66441.—Engis Equipment Co. *v.* United States, protests 59/19025-10887, etc. (Chicago).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of talyrond apparatus and equipment similar in all material respects to those the subject of Abstract 64440, the claim of the plaintiff was sustained.

No. 66442.—Eric Wedemyer, Inc., et al. *v.* United States, protests 59/6909, etc. (New York).